## Case No. 4,334.
ELDRIDGE et al. v. FORTY-ONE BARS OF RAILROAD IRON.
[N. Y. Times, June 17, 1854.]
District Court, S. D. New York. June 15, 1854.

Owen & Betts, for libellants.
Morton & Haskett, for claimants.

DECREED BY THE COURT: That the libellants recover the sum of $100, being the amount of the tender, and that against this the costs of the respondents should be set off pro tanto.